O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LUNA AND FRANK LUNA,<br><br>   Plaintiff,<br><br> v.<br><br>HSBC BANK USA, NA, et al.,<br><br>   Defendants. | Case No. EDCV 09-02231 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants HSBC Bank USA, N.A. and Ocwen Loan Servicing LLC is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 15, 2010

                VIRGINIA A. PHILLIPS
                United States District Judge